FILED
11/10/2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____YL_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) GILBERTO HERNANDEZ aka "G"<br>(2) CESAR RODARTE aka "El Gordo"<br>(3) DANIEL OCHOA MEZA<br>(4) ANTHONY BUSTOS, SR. aka "Tony"<br>███████████████████████<br>(6) JUAN JOSE MORA<br>(7) GEORGE DANIEL MENDOZA<br>███████████████████████<br><br>Defendants | Case No: 4:22-CR-00734<br><br>**INDICTMENT**<br><br>**COUNT 1**: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine<br><br>**COUNT 2**: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute Cocaine<br><br>**COUNT 3**: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute Cocaine<br><br>**COUNT 4**: 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession with Intent to Distribute Cocaine<br><br>**COUNT 5**: 21 U.S.C. § 841(a)(1) & (b)(1)(B) & 18 U.S.C. § 2, Possession with Intent to Distribute Cocaine, Aiding and Abetting<br><br>**COUNT 6**: 21 U.S.C. § 841(a)(1) & (b)(1)(C) & 18 U.S.C. §2, Possession with Intent to Distribute Cocaine, Aiding and Abetting<br><br>**COUNT 7**: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute Cocaine<br><br>**COUNT 8**: 21 U.S.C. § 841(a)(1) & (b)(1)(C), Possession with Intent to Distribute Cocaine<br><br>**COUNT 9**: 21 U.S.C. § 841(a)(1) & (b)(1)(B) & 18 U.S.C. § 2, Possession with Intent to Distribute Cocaine, Aiding and Abetting |

THE GRAND JURY CHARGES:

## COUNT ONE
## [21 U.S.C. § 846]

From on or about August 20, 2021, to the date of Indictment, in the Western District of Texas, Defendants,

**(1) GILBERTO HERNANDEZ aka "G"**
**(2) CESAR RODARTE aka "El Gordo"**
**(3) DANIEL OCHOA MEZA**
**(4) ANTHONY BUSTOS, SR. aka "Tony"**

**(6) JUAN JOSE MORA**
**(7) GEORGE DANIEL MENDOZA**
**and**

knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing cocaine involved in the conspiracy and attributable to each Defendant as a result of his or her own conduct and as a result of the conduct of other conspirators reasonably foreseeable to him is as follows:

| | | |
|---|---|---|
| (1) GILBERTO HERNANDEZ aka "G" | 5 kilograms or more | 21 U.S.C. § 841(b)(1)(A) |
| (2) CESAR RODARTE aka "El Gordo" | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| (3) DANIEL OCHOA MEZA | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| (4) ANTHONY BUSTOS, SR. aka "Tony" | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| ▮ | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |
| (6) JUAN JOSE MORA | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |

| (7) GEORGE DANIEL MENDOZA | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |
|---|---|---|
| ███████████████████████ | 500 grams or more | 21 U.S.C. § 841(b)(1)(B) |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
**[21 U.S.C. § 841(a)(1) & (b)(1)(C)]**

On or about August 20, 2021, in the Western District of Texas, Defendant,

**(1) GILBERTO HERNANDEZ aka "G,"**

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit: less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT THREE
**[21 U.S.C. § 841(a)(1) & (b)(1)(C)]**

On or about September 14, 2021, in the Western District of Texas, Defendant,

**(1) GILBERTO HERNANDEZ aka "G,"**

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit: less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

## COUNT FOUR
**[21 U.S.C. § 841(a)(1) & (b)(1)(B)]**

On or about October 20, 2021, in the Western District of Texas, Defendant,

**(1) GILBERTO HERNANDEZ aka "G,"**

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

## COUNT FIVE
## [21 U.S.C. § 841(a)(1) & (b)(1)(B) & 18 U.S.C. § 2]

On or about January 20, 2022, in the Western District of Texas, Defendants,

**(1) GILBERTO HERNANDEZ aka "G"**
**and**
**(6) JUAN JOSE MORA,**

aiding and abetting one another, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT SIX
## [21 U.S.C. § 841(a)(1) & (b)(1)(C) & 18 U.S.C. §2]

On or about February 10, 2022, in the Western District of Texas, Defendant,

**(1) GILBERTO HERNANDEZ aka "G"**
**and**
**(6) JUAN JOSE MORA,**

aiding and abetting one another, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit: less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN
## [21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about March 2, 2022, in the Western District of Texas, Defendant,

**(1) GILBERTO HERNANDEZ aka "G,"**

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit: less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

### COUNT EIGHT
### [21 U.S.C. § 841(a)(1) & (b)(1)(C)]

On or about July 20, 2022, in the Western District of Texas, Defendant,

**(1) GILBERTO HERNANDEZ aka "G,"**

did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit: less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

### COUNT NINE
### [21 U.S.C. § 841(a)(1) & (b)(1)(B) & 18 U.S.C. § 2]

On or about January 25, 2022, in the Western District of Texas, Defendants,

**(1) GILBERTO HERNANDEZ aka "G"**
**and**
**[REDACTED]**

aiding and abetting one another, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B) and Title 18, United States Code, Section 2.

### NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* Fed.R.Crim.P. 32.2]

I.

### Controlled Substance Violation and Forfeiture Statutes
[Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) & (b)(1)(C),
subject to forfeiture pursuant Title 21 U.S.C. §§ 853(a)(1) & (2)]

As a result of the foregoing criminal violations set forth above, the United States gives notice to the Defendants listed above of its intent to seek the forfeiture of the properties listed below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. §§ 853(a)(1) and (2), which state:

> **Title 21 U.S.C. § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeitures.**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law.--
> (1) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> (2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; . . .

This Notice for Demand for Forfeiture includes but is not limited to the following properties:

**Real Property**

1. Real Property located and situated at 925 Polk Street, Anthony, New Mexico 88021;
2. Real Property located and situated at 1035 Polk Street, Anthony, New Mexico 88021;
3. Real Property located and situated at 1511 S. Allen Avenue, Monahans, Texas 79756;
4. Real Property located and situated at 701 S. Wilma Street, Monahans, Texas 79756; and

**Vehicle**

2021 Chevrolet Silverado Duramax, VIN: 1GC4YNEY4MF229998.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _[signature] Jared Dennarka for_
AMY L. GREENBAUM
Assistant United States Attorney